UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kem Ontae Peters,<br><br>    Plaintiff<br><br>v.<br><br>Ceasar Almase, Esq.,<br><br>    Defendant | Case No.: 2:22-cv-02152-JAD-EJY<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

The magistrate judge has screened Plaintiff Kem Ontae Peters's complaint and recommends that this action be dismissed because Peters has failed to—and under these circumstances cannot—state a plausible claim against his court-appointed attorney for a federal constitutional violation.[1] The deadline for Peters to object to that recommendation was January 17, 2023, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety and Peters's application to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot.  **This action is DISMISSED** with prejudice because Peters's claims fail as a matter of law and amendment would be futile, and the Clerk of Court is directed to ENTER JUDGMENT and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2023

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).